IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEROME A. WILLIAMS,** | ) |
| Petitioner, | ) |
| v. | )   CIVIL ACTION 07-0123-KD-B |
| **RALPH HOOKS,** | ) |
| Respondent. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 2, 2010, is adopted as the opinion of this Court.  Accordingly, it is **ORDERED** that this action be **DISMISSED with prejudice**.

The undersigned also finds that there are no grounds to appeal this determination.

DONE this March 30, 2010.

                                                         **s/ Kristi K. DuBose**
                                                       **KRISTI K. DuBOSE**
                                                       **UNITED STATES DISTRICT JUDGE**