# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEROME A. WILLIAMS,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 07-00123-KD-B** |
| : | |
| **RALPH HOOKS,** : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 16, 2010, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's request for reconsideration of the denial of the COA is hereby **DENIED.**

**DONE** and **ORDERED** this the **21st** day of **May 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**